**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shateria Morse, | No. CV-22-00338-TUC-JGZ |
| Petitioner, | **ORDER** |
| v. | |
| United States of America, | |
| Respondent. | |

Pending before the Court is Morse's Motion for Certificate of Appealability. (Doc. 14.) A court may issue a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). A § 2255 movant makes a "substantial showing" by establishing reasonable jurists could debate the outcome of the order or the issues addressed in the order deserve encouragement to proceed further. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Morse has not met the standard for a certificate of appealability. The Court cannot conclude that reasonable jurists would debate the outcome in its January 13, 2023 Order, nor that the issues addressed in the Order deserve encouragement to proceed further.

//
//
//
//
//

Accordingly,

**IT IS HEREBY ORDERED** that Morse's Motion for Certificate of Appealability (Doc. 14) is **denied.**

Dated this 1st day of February, 2023.

_____
Honorable Jennifer G. Zipps
United States District Judge